IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW1:08CR5-3 |
| | ) | (Financial Litigation Unit) |
| FREDERICK JOHN LEOPOLDO, | ) | |
|     Defendant. | ) | |
| and | ) | |
| | ) | |
| MISSISSIPPI SWEETS BBQ COMPANY, | ) | |
|     Garnishee. | ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed July 18, 2011, (Docket No. 98), in this case against the defendant, Frederick John Leopoldo, is DISMISSED.

Signed: August 18, 2011

_____
Dennis L. Howell
United States Magistrate Judge